JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

AARON ISAAC ARAUZ-MEDINA,

Petitioner,

v.

WARDEN OF ADELANTO ICE PROCESSING CENTER,

Respondent.

Case No. 5:26-cv-05326-SB-MBK

FINAL JUDGMENT

For the reasons stated in the separate order entered this date, Petitioner Aaron Isaac Arauz-Medina's petition for a writ of habeas corpus is denied.

This is a final judgment.

Date: October 29, 2026

Stanley Blumenfeld, Jr.
United States District Judge